USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/13

S/H5·NACM S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PARLAY SHIPPING & TRADING LLC,         :    13 CV 2683 (SAS)

          Plaintiff,                                       :    ECF CASE

  - against -                                               :    **EX PARTE ORDER
                                                          FOR PROCESS
VIERO ENERGY, LLC,                                   :    OF MARITIME
                                                          ATTACHMENT**

          Defendant.                                      :
-----------------------------------------------------------------X

       **WHEREAS**, on April 24, 2013 Plaintiff, PARLAY SHIPPING & TRADING LLC filed a Verified Complaint herein for damages amounting to **$3,870,063** inclusive of interest, costs and reasonable attorney's fee, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

       **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendant's property within the District of this Court; and

       **WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

       **NOW,** upon motion to the Plaintiff, it is hereby:

       **ORDERED**, that pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Clerk of Court shall issue Process of Maritime Attachment and Garnishment against all tangible or intangible property, cargo, ~~credits, letters of credit~~, bills of [SA] bank accounts lading, effects, ~~debts and monies~~, freights, sub-freights, charter hire, sub charter hire or any other [SA] funds or property up to the amount of **$3,870,063** belonging to, due or being transferred to, from

#1,853,852

or for the benefit of the Defendant, including but not limited to such property as may be held, received or transferred in Defendant's name(s), or as may be held, received or transferred for its benefit at, ~~moving through~~, or within the possession, custody or control of banking/financial institutions and/or other institutions or such other garnishees to be named, or later identified, on and may be found in this jurisdiction whom a copy of the Process of Maritime Attachment and Garnishment may be served; and it is

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

ORDERED that following initial service by the U.S. Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is further

ORDERED that service on any garnishee as described above is deemed to be effective and continuous service throughout the remainder of the day upon which service is made commencing from the time of such service and such service is further deemed to be effective through the end of the next business day, provided that another service is made that day; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means; and it is further

Dated: April 23, 2013

SO ORDERED:

_____
U.S.D.J.