UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PARLAY SHIPPING & TRADING LLC,    :    13 CV 2683 (SAS)
                                  :
                    Plaintiff,    :    **ECF CASE**
                                  :
          - against -             :
                                  :
VIERO ENERGY, LLC,                :
                                  :
                    Defendant.    :
-----------------------------------------------------------X

4/25/13

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

BE IT KNOWN, that on this day the Motion to Appoint Substitute Custodian filed by Plaintiff PARLAY SHIPPING & TRADING, INC. came before this Court, and the Court, having reviewed the motion and any response thereto, is of the opinion that the motion should be GRANTED. It is therefore

ORDERED that the Plaintiff and/or the substitute custodian, GLOBAL MARITIME SECURITY, INC. in consideration of the United States Marshal's consent to the substitution of custody, shall indemnify, hold harmless, and release the United States Marshal, the United States of America, their agents, servants, employees, and all others for whom they are responsible, from any and all liability and responsibility arising out of the care and custody of the vessel, Barge Boston 30 and Defendant's cargo loaded thereon, from the date of the transfer of possession thereof, and it is further

ORDERED that plaintiff and/or the substitute custodian, GLOBAL MARITIME SECURITY, INC. shall defend the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, against all claims and actions arising out of said substitute custody and, further, shall indemnify

and hold harmless and be responsible to pay and satisfy all claims and judgments that might arise out of said substitute custody and shall be responsible and indemnify and hold harmless the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, for all attorneys' fees, costs, expenses and disbursements incurred in defending against such claims or actions arising out of said substitute custody, and it is further

ORDERED that the United States Marshal for the Southern District of New York shall surrender the possession of the Defendant vessel to the substitute custodian named herein upon executing the warrant in this action, and it is further

ORDERED that Global Maritime Security, Inc. be, and is hereby, appointed the custodian of said vessel to retain the same in his custody for possession and safekeeping for the aforementioned compensation until further Order of the Court, and it is further

ORDERED that all United States Marshal's costs be paid prior to release and transfer of custody of the aforesaid vessel and Defendant's cargo loaded thereon, and it is further

ORDERED that the substitute custodian must receipt for the vessel and Defendant's cargo and the United States Marshal must attest to the date and time of release and transfer of custody on a certified copy thereof, and ORDERED that Plaintiff's attorney will serve the BOSTON MARITIME TRANSPORT OF MASSACHUSSETS , as owner of Barge Boston 30, and also Defendant VIERO ENERGY, LLC, with a copy of this Order.

Dated: April 25, 2013

_____
U.S.D.J.